```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK                    MAY 2, 2025
-----------------------------------------------------------X   10:00AM
IN RE:
                                                Chapter 13
JOSEPH NORTON                                   Case No: 124-42169-ESS
aka JOSEPH S. NORTON,


                        Debtor.
-----------------------------------------------------------X
```

## NOTICE OF SETTLEMENT OF
## PROPOSED ORDER DISMISSING CASE

SIRS/MESDAMES:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on May 2, 2025, at 10:00AM.

PLEASE TAKE FURTHER NOTICE, that counter-orders must be presented and served upon the undersigned no later than three (3) days prior to the settle date set forth above, and if no counter-order is presented and served, the attached Order may be signed.

Date:   Jericho, New York
        February 27, 2025


                                        s/*Krista M. Preuss*
                                        KRISTA M. PREUSS, CH 13 TRUSTEE
                                        100 JERICHO QUADRANGLE, STE 127
                                        JERICHO, NY 11753
                                        (516) 622-1340

|                                                              | THIS ORDER RELATES TO A |
|                                                              | HEARING HELD ON |
|                                                              | FEBRUARY 19, 2025 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    Chapter 13
IN RE:                                                        Case No. 124-42169-ESS

JOSEPH NORTON
aka JOSEPH S. NORTON,                                         ORDER DISMISSING CASE

                     Debtor.
---------------------------------------------------------X

      UPON the October 1, 2024, written application of Krista M. Preuss, Chapter 13 Trustee (the "Trustee"), seeking entry of an Order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c) and due notice of this application having been given to all necessary parties; and

      WHEREAS, on February 19, 2025, the Trustee appeared by her Staff Attorney in support thereof, Narissa A. Joseph, Esq. appeared on behalf of the Debtor and Jeremy S Friedberg, Esq. appeared on behalf of ECP Property II LLC; and

      WHEREAS, the Debtor failed to provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1; and

      WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is hereby

      ORDERED, that this Chapter 13 case is dismissed pursuant to 11 U.S.C. § 1307(c).

Dated: Brooklyn, NY
           , 2025

                                                _____
                                                Hon. Elizabeth S. Stong
                                                United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X Chapter 13
IN RE

JOSEPH NORTON                                   Case No: 124-42169-ESS
aka JOSEPH S. NORTON,
                                                CERTIFICATE OF SERVICE
                    Debtor.
-----------------------------------------------------------X

     I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

JOSEPH NORTON
771 THOMAS BOYLAND ST
APT 1F
BROOKLYN, NY 11212

Notice by electronic transmission generated by the ECF system to the following persons/entities pursuant to Bankruptcy Rule 9036:

NARISSA A. JOSEPH, ESQ., njosephlaw@aol.com

ECP Property II LLC c/o Friedberg, PC, jeremy@friedberg.legal

Transmission times for electronic delivery are Eastern Time zone.

This February 27, 2025

s/ *Hanin R. Shadood*
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Case No: 124-42169-ESS
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE

JOSEPH NORTON
aka JOSEPH S. NORTON,


Debtor.

**NOTICE OF SETTLEMENT, ORDER DISMISSING CASE**
and
**CERTIFICATE OF SERVICE**

**KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340**