UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

IN RE:

JOSEPH NORTON
aka JOSEPH S. NORTON,

                 Debtor.

---------------------------------------------------------X

THIS ORDER RELATES TO A
HEARING HELD ON
FEBRUARY 19, 2025

Chapter 13
Case No. 124-42169-ESS

ORDER DISMISSING CASE

UPON the October 1, 2024, written application of Krista M. Preuss, Chapter 13 Trustee (the "Trustee"), seeking entry of an Order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c) and due notice of this application having been given to all necessary parties; and

WHEREAS, on February 19, 2025, the Trustee appeared by her Staff Attorney in support thereof, Narissa A. Joseph, Esq. appeared on behalf of the Debtor and Jeremy S Friedberg, Esq. appeared on behalf of ECP Property II LLC; and

WHEREAS, the Debtor failed to provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1; and

WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is hereby

ORDERED, that this Chapter 13 case is dismissed pursuant to 11 U.S.C. § 1307(c).

Dated: Brooklyn, New York
May 13, 2025



_____
Elizabeth S. Stong
United States Bankruptcy Judge